UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JASHANDEEP SINGH,
Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER,
Respondent.

Case No.: 3:25-cv-3784-CAB-AHG

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Jashandeep Singh's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] Having reviewed Mr. Singh's petition, the Court finds it deficient because he fails to name the proper respondent. [*Id.* at 1.] The proper respondent is the warden of Otay Mesa Regional Detention Center. Currently, Petitioner has not named any respondent. [*Id.*] Habeas petitioners "challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). The Court cannot exercise jurisdiction over Mr. Singh's petition so long as he fails to name as respondent the warden of the detention facility where he is being detained.

Accordingly, the Court **DISMISSES** Mr. Singh's petition **with leave to amend** to include the warden of Otay Mesa Regional Detention Center as a respondent. Mr. Singh shall have thirty days from the date of this order to file an amended petition for writ of habeas corpus. Mr. Singh may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent him in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

It is **SO ORDERED**.

Dated: January 7, 2026

Hon. Cathy Ann Bencivengo
United States District Judge