UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JASHANDEEP SINGH,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.:  3:25-cv-3784-CAB-AHG

**ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENT**

On January 16, 2026, Petitioner Jashandeep Singh filed an amended petition for a writ of habeas corpus.  [Doc. No. 4.]  On January 30, 2026, Respondent Christopher LaRose, Warden of Otay Mesa Detention Center, filed a response stating that while Petitioner's removal proceedings remain ongoing, Petitioner remains mandatorily detained under 8 U.S.C. § 1225(b)(1). [Doc. No. 7 at 5–6.]  Respondent also states that Petitioner's individual merits hearing is scheduled for March 18, 2026.  [*Id.* at 3.]

///

///

///

///

///

///

1

The Court requests that Respondent provide a supplemental filing by **March 20, 2026** detailing the outcome of Petitioner's individual merits hearing and any changes to Petitioner's immigration status.  If Petitioner's status has changed, Respondent may make any relevant updates to their argument.  The Court will order a sur reply from Petitioner if necessary.

It is **SO ORDERED**.

Dated:  February 10, 2026

Hon. Cathy Ann Bencivengo
United States District Judge