# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Jashandeep Singh v. Warden, Otay Mesa Detention Center**    Case Number: **3:25-cv-3784-CAB-AHG**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: [Reporter Tape]

The Court ordered Petitioner receive a bond hearing before an immigration judge. [Doc. No. 11 at 4.] The parties had until April 10, 2026 to notify the Court if the bond hearing did not occur. [*Id.* at 4–5.] Given that neither party has provided such notice, and that Petitioner was granted the relief he sought, the Clerk of Court shall **CLOSE** the case. Petitioner's motion to appoint counsel is **DENIED as moot**.

 Date:  April 13, 2026                                      Initials:  MA